UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, BOP #01183-112;<br>RAMON A. UBENCE, BOP #81371-198,<br><br>                                                  Plaintiffs,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS;<br>BARACK OBAMA, Mr. President of the<br>United States,<br><br>                                                  Defendants. | Civil No.    11-2947 DMS (POR)<br><br>**ORDER DISMISSING CIVIL<br>ACTION WITHOUT PREJUDICE<br>FOR FAILING TO PAY<br>FILING FEE REQUIRED<br>BY 28 U.S.C. § 1914(a) AND/OR<br>FAILING TO MOVE TO PROCEED<br>*IN FORMA PAUPERIS*<br>PURSUANT TO<br>28 U.S.C. § 1915(a)** |

Plaintiffs, two inmates currently incarcerated at the Big Spring Correctional Center located in Big Spring, Texas, and proceeding pro se, filed this action entitled "Under 42 U.S.C. 1983 Civil Right Action with the Writ of Summons and Complaint." Neither Plaintiff has prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; nor has either filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

**I.    Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C.

1  § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*,
2  169 F.3d 1176, 1177 (9th Cir. 1999).

3  Plaintiffs have not prepaid the $350 filing fee required to commence a civil action and
4  neither has submitted a Motion to Proceed IFP. Therefore, the case must be dismissed pursuant
5  to 28 U.S.C. § 1914(a). *Id.*

6  **II.   Conclusion and Order**

7  For the reasons set forth above, the Court hereby:

8  (1)   **DISMISSES** this action sua sponte without prejudice for failing to pay the $350
9  filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

10  (2)   **GRANTS** Plaintiffs **forty five (45)** days leave from the date this Order is filed to:
11  (a) prepay the entire $350 civil filing fee in full; *or* (b) *each* complete and file a Motion to
12  Proceed IFP which includes a certified copy of his trust account statement for the 6-month
13  period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR
14  3.2(b).

15  **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiffs with
16  this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*
17  *Pauperis*." If Plaintiffs fail to either prepay the $350 civil filing fee or complete and submit the
18  enclosed Motions to Proceed IFP within that time, this action shall remain dismissed without
19  prejudice and without further Order of the Court.

21  DATED: December 22, 2011

23  HON. DANA M. SABRAW
United States District Judge